**Order entered October 17, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01051-CR

**DAVID MENDEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1454557-M**

## ORDER

We **GRANT** the State's October 14, 2016 second motion for extension of time to file brief and **ORDER** the brief tendered to the Clerk of the Court contemporaneously with the motion filed as of the date of this order.

/s/    DOUGLAS S. LANG
            JUSTICE